## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NATIONSRENT, INC., et al.,[1]<br><br><br>Debtors. | Case Nos. 01-11628 through 01-11639 (PJW)<br><br>Jointly Administered<br><br>Chapter 11 |
| NATIONSRENT UNSECURED<br>CREDITOR'S LIQUIDATING TRUST,<br>PERRY MANDARINO, not personally,<br>BUT AS TRUSTEE,<br><br><br>Plaintiff,<br><br>v.<br><br>ADIRONDACK TIRE COMPANY, INC.,<br><br><br>Defendant. | Adversary Pro. No. 03-59660<br><br><br><br><br>District Court Case No. 04-CV-978 |

## STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY** stipulated and agreed between the above-captioned Plaintiff, Perry

Mandarino, not personally, but as Trustee for the NationsRent, Inc. Unsecured Creditor's

Liquidating Trust, and the above-captioned Defendant, Adirondack Tire Company, Inc., the

above-referenced adversary proceeding is hereby dismissed with prejudice pursuant to Rule

41(a)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the

Federal Rules of Bankruptcy Procedure.

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

Dated: 3 / 16 , 2005                    THE BAYARD FIRM


                                        *M. Augustine*
                                        Neil B. Glassman, Esq. (No. 2087)
                                        Ashley B. Stitzer, Esq. (No. 3891)
                                        Mary E. Augustine (No. 4477)
                                        222 Delaware Avenue, Suite 900
                                        P. O. Box 25130
                                        Wilmington, DE  19899
                                        Telephone (302) 655-5000

                                        Co-Counsel for Perry Mandarino, not
                                        Personally, but as Trustee for the
                                        NationsRent Unsecured Creditor's
                                        Liquidating Trust



                                        Cross & Simon, LLC


                                        *Richard H. Cross*
                                        Richard H. Cross, Jr.
                                        913 North Market Street
                                        Suite 1001
                                        PO Box 1380
                                        Wilmington, DE 19899-1380
                                        Telephone (302) 777-4200
                                        Fax : (302) 777-4224

                                        Counsel for Defendant

549006v1