## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 16th day of March, 2005, I caused a true and correct copy of the **Stipulation of Voluntary Dismissal**, to be served upon the parties listed below in the manners indicated.

**VIA FIRST CLASS MAIL**
Richard H. Cross, Jr.
Cross & Simon, LLC
913 North Market Street
Suite 1001
PO Box 1380
Wilmington, DE 19899-1380

*/s/ M. Augustine*
Mary E. Augustine, Esq. (No. 4477)

549006v1